IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LSREF2 BARON, LLC,        ) | |
|     ) | |
|   Plaintiff,    ) | |
|     ) | CIVIL ACTION NO. |
|   v.            ) | 2:12cv965-MHT |
|     ) | (WO) |
| WYNDFIELD PROPERTIES, LLC, ) | |
| RODNEY A. DECKER, and DAVID ) | |
| EARNEST,                   ) | |
|     ) | |
|   Defendants.   ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That judgment is entered in favor of plaintiff LSREF2 Baron, LLC and against defendants Wyndfield Properties, LLC, Rodney A. Decker, and David Earnest; and

(2) That plaintiff LSREF2 Baron, LLC shall have and recover from defendants Wyndfield Properties, LLC, Decker, and Earnest, jointly and severally, the sum of $ 336,215.04, to bear interest at a rate of 2 % from this date forward.

It is further ORDERED that costs are taxed against defendants Wyndfield Properties, LLC, Decker, and Earnest, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is now closed.

DONE, this the 6th day of December, 2013.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**